UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 14-44095-PJS |
| | ) | Chapter 11 |
| ASSOCIATED COMMUNITY SERVICES, INC., | ) | Hon. Phillip J. Shefferly |
| Debtor. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Adv. Proc. No. 15-05029-PJS |
| Plaintiff, | ) | |
| v. | ) | |
| ASSOCIATED COMMUNITY SERVICES, INC., | ) | |
| Defendant, | ) | |

**STIPULATION TO ORDER (1) CANCELLING STATUS CONFERENCE AND (2) DISMISSING ADVERSARY PROCEEDING**

Plaintiff United States of America, and Defendant Associated Community Services, Inc., each by and through their undersigned counsel, for their *Stipulation to Order (1) Cancelling Status Conference and (2) Dismissing Adversary Proceeding* (the "Stipulation") state as follows:

1. On October 12, 2016, the parties filed their *Joint Motion for an Order Approving Settlement Agreement and Modifying Combined Plan and Disclosure Statement* [Case No. 14-44095, DN[1] 433] (the "Settlement Motion"), which requested an order that, among other things, resolved the above-captioned adversary proceeding.

2. On October 12, 2016, the Court entered its *Order (1) Adjourning Hearings on Motions, Final Pretrial Conference and Trial; and (2) Setting Status Conference* [DN 239] (the "Status Conference Order"), which set a status conference for Monday, November 28, 2016 (the "Status Conference").

3. The Status Conference Order further provided that the Status Conference could be cancelled if the Settlement Motion was approved. *See* DN 239.

4. The Court entered its *Order Approving Settlement Agreement and Modifying Combined Plan and Disclosure Statement* [Case No. 14-44905, DN 454] (the "Settlement Order") on November 9, 2016.

5. The settlement agreement approved in the Settlement Order requires the parties to dismiss the above-captioned adversary proceeding with prejudice and without costs to either party. *See* Exhibit B, Para. 6, to Settlement Motion.

---

[1] Except as otherwise noted, all references to DN or docket numbers are references to docket numbers in the above-captioned adversary proceeding.

6. The parties agree that with entry of the Settlement Order, the Status Conference should be cancelled and the above-captioned adversary proceeding should be dismissed with prejudice and without costs to any party.

**WHEREFORE**, the parties respectfully request that this honorable Court enter the order attached hereto as **Exhibit A**.

By: */s/ John J. Stockdale, Jr.*
JOHN J. STOCKDALE, JR. (P71562)
COUNSEL FOR REORGANIZED DEBTOR
SCHAFER AND WEINER, PLLC
40950 Woodward Avenue, Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
jstockdale@schaferandweiner.com

By: */s/ Jeffrey N. Nunez*
JEFFREY N. NUNEZ
Trial Attorney, Tax Division,
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-5218
Fax: (202) 514-5238
Jeffrey.N.Nunez@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 14-44095-PJS |
| ASSOCIATED COMMUNITY SERVICES, INC., | Chapter 11 |
| | Hon. Phillip J. Shefferly |
| Debtor. | |
| | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| ASSOCIATED COMMUNITY SERVICES, INC., | Adv. Proc. No. 15-05029 |
| Defendant. | |

## ORDER (1) CANCELLING STATUS CONFERENCE AND (2) DISMISSING ADVERSARY PROCEEDING

This matter having come before the Court their *Stipulation to Order (1) Cancelling Status Conference and (2) Dismissing Adversary Proceeding* (the "Stipulation")[1]; the Court having reviewed the Stipulation and being otherwise fully advised in the premises;

---

[1] Except as otherwise noted to the contrary, all capitalized terms not defined in this Order have the meanings ascribed to them in the Stipulation.

{00662099.1}   1

**IT IS HEREBY ORDERED** that the Status Conference scheduled for November 28, 2016 is cancelled.

**IT IS FURTHER ORDERED** that the above-captioned adversary has been resolved by the Settlement Order entered in Case No. 14-44095.

**IT IS FURTHER ORDERED** that the above-captioned adversary is dismissed with prejudice and without costs to either party.